UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER CORBIN and RICH SERONICK, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARC SALKOVITZ, PAM SALKOVITZ, and HILCO MERCHANT RESOURCES, LLC,<br><br>Defendants. | Civil Action<br>No. 1:23-cv-12807-IT |

**DECLARATION OF PAM SALKOVITZ**

I, Pam Salkovitz, do hereby depose and state the following:

1. I am a party to the above captioned civil action with personal knowledge of the facts and circumstances set forth herein. In that capacity, and based on that personal knowledge, I am familiar with, and, if called upon to do so, would be competent to testify to the facts and circumstances set forth herein.

2. Beginning in November 2020 and ending on July 7, 2023, I functioned as the Chief Executive Officer of Christmas Tree Shops, LLC.

3. I, and my husband Marc Salkovitz ("Marc") owned a home at 11 Twillingate Lane, Sudbury, Massachusetts, which was our principal residence until July 2023, when we sold that property based on market considerations.

4. We moved temporarily to our second home in California, while we have searched for a new home in Massachusetts.

5. Despite temporarily relocating to California, I have kept my Massachusetts driver's license due to my intention to return to Massachusetts as principal place of residence.

6. I, and my husband Marc, are returning to Massachusetts, where we will reside at 18 Summer Street, Unit 2 Andover, Massachusetts as our principle place of residence.

7. Despite temporarily relocating to California, I continue to be a registered voter in Massachusetts due to my intention to return to Massachusetts as principal place of residence. My driver's license and voter registration each reflect our residential address at 18 Summer Street, Unit 2 Andover, Massachusetts, where I will vote in the next election.

8. I, and my husband Marc, also own other real property located in Saugus and Wareham, Massachusetts.

9. I, and my husband Marc, own two motor vehicles, which are registered with the Massachusetts Division of Motor Vehicles and reflect our residential address at 18 Summer Street, Unit 2 Andover, Massachusetts.

10. I, and my husband Marc, pay taxes in and to the Commonwealth of Massachusetts, including state income tax, state excise tax for our motor vehicles, sales tax for various purchases, and local real property taxes for the real estate we own in Massachusetts.

11. I, and my husband Marc, also maintain deposit accounts and other financial relationships with institutions and firms located in Massachusetts.

12. Despite temporarily relocating to California, I continue to be an active committee member with the Combined Jewish Philanthropies of Greater Boston.

13. As of September 25, 2023, it was and has always been my intention to return to Massachusetts as my principal place of residence, and to continue my domicile and principle place of residency in Massachusetts.

14. I have never given up or changed my domicile in Massachusetts.

I hereby declare under the pains and penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Pam Salkovitz

Dated: December 14, 2023