UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER CORBIN, et. al, | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:23-cv-12807-IT |
| | * | |
| MARC SALKOVITZ, et. al, | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER OF REMAND

TALWANI, D.J.

Pursuant to Memorandum & Order [Doc. No. 36], this case is REMANDED as to the claims against the Salkovitzes to the Superior Court of the Commonwealth of Massachusetts for Plymouth County for further proceedings.

IT IS SO ORDERED

December 10, 2024

/s/ Indira Talwani
United States District Judge